## Criminal Case Cover Sheet — U.S. District Court - District of Massachusetts

**Place of Offense:**    **Category No.** II    **Investigating Agency** FBI/DOL

**City** Boston and Elsewhere    **Related Case Information:**

**County** Suffolk and Elsewhere

Superseding Ind./ Inf. X    Case No. 15-CR-10300-DPW
Same Defendant X    New Defendant ___
Magistrate Judge Case Number ___
Search Warrant Case Number ___
R 20/R 40 from District of ___

### Defendant Information:

**Defendant Name** Robert Cafarelli    **Juvenile:** ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

**Alias Name** ___

**Address** (City & State) Middleton MA

**Birth date (Yr only):** 1970    **SSN (last4#):** ___    **Sex** M    **Race:** ___    **Nationality:** ___

**Defense Counsel if known:** Carmine P. Lepore    **Address** One Sprague Street

**Bar Number** ___    Revere MA 02151

### U.S. Attorney Information:

**AUSA** Laura J. Kaplan    **Bar Number if applicable** ___

**Interpreter:** ☐ Yes ☑ No    List language and/or dialect: ___

**Victims:** ☑ Yes ☐ No    If yes, are there multiple crime victims under 18 USC §3771(d)(2) ☐ Yes ☑ No

**Matter to be SEALED:** ☐ Yes ☑ No

☐ Warrant Requested    ☑ Regular Process    ☐ In Custody

### Location Status:

**Arrest Date** 09/30/2015

☐ Already in Federal Custody as of ___ in ___
☐ Already in State Custody at ___    ☐ Serving Sentence    ☐ Awaiting Trial
☑ On Pretrial Release: Ordered by: Magistrate Judge Bowler on 09/30/2015

**Charging Document:** ☐ Complaint    ☐ Information    ☑ Indictment

**Total # of Counts:** ☐ Petty    ☐ Misdemeanor    ☑ Felony 2

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 10/06/2015    **Signature of AUSA:** _[signature]_

**District Court Case Number**  (To be filled in by deputy clerk):    15-CR-10300-DPW

**Name of Defendant**    Robert Cafarelli

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 USC 1951 | Conspiracy to Extort/Hobbs Act | 1, 2 |
| Set 2 | 18 USC 2 | Aiding and Abetting | 1, 2 |
| Set 3 | 18 USC 981 & 28 USC 2461 | Extortion Forfeiture | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:**   Category No. **II**   Investigating Agency **FBI/DOL**

City **Boston and Elsewhere**   Related Case Information:

County **Suffolk and Elsewhere**   Superseding Ind./ Inf. **X**   Case No. **15-CR-10300-DPW**
Same Defendant **X**   New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name **John Fidler**   Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name _____

Address (City & State) **Holbrook MA**

Birth date (Yr only): **1964**   SSN (last4#): _____   Sex **M**   Race: _____   Nationality: _____

**Defense Counsel if known:**   **Vivianne E. Jeruchim**   Address **50 Congress Street, Suite 615**

**Bar Number** _____   **Boston MA 02109**

**U.S. Attorney Information:**

AUSA **Laura J. Kaplan**   Bar Number if applicable _____

Interpreter: ☐ Yes ☑ No   List language and/or dialect: _____

Victims: ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

Matter to be SEALED: ☐ Yes ☑ No

☐ Warrant Requested   ☑ Regular Process   ☐ In Custody

**Location Status:**

Arrest Date **09/30/2015**

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☑ On Pretrial Release:   Ordered by: **Magistrate Judge Bowler**   on **10/01/2015**

**Charging Document:**   ☐ Complaint   ☐ Information   ☑ Indictment

**Total # of Counts:**   ☐ Petty   ☐ Misdemeanor   ☑ Felony **2**

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: **10/06/2015**   Signature of AUSA: _[signature]_

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): 15-CR-10300-DPW

**Name of Defendant**   John Fidler

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 USC 1951 | Conspiracy to Extort/Hobbs Act | 1, 2 |
| Set 2 | 18 USC 2 | Aiding and Abetting | 1, 2 |
| Set 3 | 18 USC 981 & 28 USC 2461 | Extortion Forfeiture | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |
|---|---|

**Place of Offense:**    **Category No.** II    **Investigating Agency** FBI/DOL

**City** Boston and Elsewhere    **Related Case Information:**

**County** Suffolk and Elsewhere

Superseding Ind./ Inf. X    Case No. 15-CR-10030-DPW
Same Defendant X    New Defendant
Magistrate Judge Case Number
Search Warrant Case Number
R 20/R 40 from District of

**Defendant Information:**

Defendant Name: Mark Harrington    Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name:

Address: (City & State) Andover MA

Birth date (Yr only): 1954    SSN (last4#):    Sex M    Race:    Nationality:

**Defense Counsel if known:** Robert M. Goldstein    Address: 20 Park Plaza, Suite 1000

**Bar Number:**    Boston MA 02116

**U.S. Attorney Information:**

**AUSA** Laura J. Kaplan    Bar Number if applicable

**Interpreter:** ☐ Yes ☑ No    List language and/or dialect:

**Victims:** ☑ Yes ☐ No    If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

**Matter to be SEALED:** ☐ Yes ☑ No

☐ Warrant Requested    ☑ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date:** 09/30/2015

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
☑ On Pretrial Release: Ordered by: Magistrate Judge Bowler on 09/30/2015

**Charging Document:** ☐ Complaint    ☐ Information    ☑ Indictment

**Total # of Counts:** ☐ Petty    ☐ Misdemeanor    ☑ Felony 2

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 10/06/2015    Signature of AUSA:

**District Court Case Number** (To be filled in by deputy clerk): 15-CR-10030-DPW

**Name of Defendant**  Mark Harrington

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 USC 1951 | Conspiracy to Extort/Hobbs Act | 1, 2 |
| Set 2 | 18 USC 2 | Aiding and Abetting | 1, 2 |
| Set 3 | 18 USC 981 & 28 USC 2461 | Extortion Forfeiture | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

| **Criminal Case Cover Sheet** | | | **U.S. District Court - District of Massachusetts** |
|---|---|---|---|

**Place of Offense:**  Category No. **II**  Investigating Agency **FBI/DOL**

**City** Boston and Elsewhere  **Related Case Information:**

**County** Suffolk and Elsewhere  
Superseding Ind./ Inf. **X**  Case No. 15-CR-10300-DPW  
Same Defendant **X**  New Defendant _____  
Magistrate Judge Case Number _____  
Search Warrant Case Number _____  
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name: Daniel Redmond  Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name: _____

Address: (City & State) Medford MA

Birth date (Yr only): 1968  SSN (last4#): _____  Sex: M  Race: _____  Nationality: _____

**Defense Counsel if known:** Oscar Cruz, Jr.  Address: 51 Sleeper Street, 5th Floor

**Bar Number:** _____  Boston MA 02210

**U.S. Attorney Information:**

**AUSA** Laura J. Kaplan  Bar Number if applicable _____

**Interpreter:** ☐ Yes ☑ No  List language and/or dialect: _____

**Victims:** ☑ Yes ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

**Matter to be SEALED:** ☑ Yes ☑ No

☐ Warrant Requested  ☑ Regular Process  ☐ In Custody

**Location Status:**

**Arrest Date** 09/30/2015

☐ Already in Federal Custody as of _____ in _____  
☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial  
☑ On Pretrial Release: Ordered by: Magistrate Judge Bowler on 09/30/2015

**Charging Document:** ☐ Complaint  ☐ Information  ☑ Indictment

**Total # of Counts:** ☐ Petty  ☐ Misdemeanor  ☑ Felony 2

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 10/06/2015  Signature of AUSA: _[signature]_

**District Court Case Number**  (To be filled in by deputy clerk): 15-CR-10300-DPW

**Name of Defendant**     Daniel Redmond

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   18 USC 1951 | Conspiracy to Extort/Hobbs Act | 1, 2 |
| Set 2   18 USC 2 | Aiding and Abetting | 1, 2 |
| Set 3   18 USC 981 & 28 USC 2461 | Extortion Forfeiture | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**

| **Criminal Case Cover Sheet** | | | **U.S. District Court - District of Massachusetts** |
|---|---|---|---|

**Place of Offense:**  Category No. **II**   Investigating Agency **FBI/DOL**

**City** Boston and Elsewhere   **Related Case Information:**

**County** Suffolk and Elsewhere   Superseding Ind./ Inf. **X**   Case No. 15-CR-10300-DPW
Same Defendant ___   New Defendant **X**
Magistrate Judge Case Number 15-MJ-02248-MBB
Search Warrant Case Number ___
R 20/R 40 from District of ___

**Defendant Information:**

Defendant Name  Michael Ross   Juvenile:  ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes  ☑ No

Alias Name ___

Address  (City & State) Billerica MA

Birth date (Yr only): 1955  SSN (last4#): ___  Sex M  Race: ___  Nationality: ___

**Defense Counsel if known:**  Kevin L. Barron   Address 15 Broad Street, Suite 240

**Bar Number** ___   Boston MA 02109

**U.S. Attorney Information:**

**AUSA**  Laura J. Kaplan   Bar Number if applicable ___

**Interpreter:**  ☐ Yes  ☑ No   List language and/or dialect: ___

**Victims:**  ☑ Yes  ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes  ☑ No

**Matter to be SEALED:**  ☐ Yes  ☑ No

☐ Warrant Requested   ☑ Regular Process   ☐ In Custody

**Location Status:**

**Arrest Date** ___

☐ Already in Federal Custody as of ___ in ___
☐ Already in State Custody at ___   ☐ Serving Sentence   ☐ Awaiting Trial
☑ On Pretrial Release:  Ordered by: Magistrate Judge Bowler  on 10/01/2015

**Charging Document:**  ☐ Complaint   ☐ Information   ☑ Indictment

**Total # of Counts:**  ☐ Petty   ☐ Misdemeanor   ☑ Felony  2

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 10/06/2015   Signature of AUSA: _[signature]_

JS 45 (5/97) (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): 15-CR-10300-DPW

**Name of Defendant** Michael Ross

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 18 USC 1951 | Conspiracy to Extort/Hobbs Act | 1, 2 |
| Set 2 | 18 USC 2 | Aiding and Abetting | 1, 2 |
| Set 3 | 18 USC 981 & 28 USC 2461 | Extortion Forfeiture | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013