UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | |
| JOHN FIDLER ) | No. 15-10300-DPW |
| DANIEL REDMOND ) | |
| ROBERT CAFARELLI ) | |
| MICHAEL ROSS, and ) | |
|     Defendants ) | |

**DEFENDANT'S, ROBERT CAFARELLI, MOTION TO CONTINUE TRIAL**

The Defendant, Robert Cafarelli, moves this Honorable Court to continue the trial date of July 31, 2017. In support hereof undersigned counsel states the following;

1. At the scheduling conference the parties had indicated to the Court that the trial would take two (2) weeks.

2. Undersigned counsel understood that two weeks would be required for the entirety of the matter.

3. Recently, the Government indicated in its Opposition to Defendant's Motion to Sever that: *"The government expects the presentation of its evidence to take at least several weeks."*

4. At the selection of the trial date undersigned counsel had already planned, and paid for, a family vacation from August 12 through August 19, 2017.

5. Counsel would have raised an issue with the July 31 trial date if there was any indication that the trial may run several weeks.

6. All defense counsel assent to this motion.

Wherefore defendant respectfully requests that the trial date be continued to a mutually agreeable future date.

Robert Cafarelli
By his attorney,

*/s/ Carmine P. Lepore*
Carmine P. Lepore, Esq.
Lepore & Hochman, P.A.
One Sprague Street
Revere, MA  02151
(781) 286-8800
BBO # 564603

April 28, 2017

CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/*Carmine P. Lepore*
Carmine P. Lepore
